435 A.2d 1308

Kulla v. Natco Drilling Honing etc., et al.

Appeal of National Automatic Tool Company, Inc., Preliminary Objector.

Argued April 22, 1981. William F. Sullivan, Jr., for appellant; Nicholas J. Lisi, for Kulla, appellee; Roger B. Wood, for Brakemaster Co. & Edgcomb Steel, appellees.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

The order of the court below is hereby affirmed on the comprehensive opinion of the Honorable Charles A. Lord of the Court of Common Pleas of Philadelphia County.